**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tavares CHANDLER, Defendant–Appellant.**

**No. 12–10331.**

United States Court of Appeals, Ninth Circuit.

Oct. 9, 2015.

Cristina D. Silva, Assistant U.S., Phillip Nelson Smith, Jr., Assistant U.S., Office of

the U.S. Attorney Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S., Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Brian Philip Goldman, Orrick Herrington & Sutcliffe LLP, San Francisco, CA, Robert Loeb, Orrick, Herrington & Sutcliffe LLP, Washington, DC, James Oronoz, Lucas James Gaffney, Esquire, Oronoz & Ericsson, LLC, Las Vegas, NV, E. Joshua Rosenkranz, Orrick Herrington & Sutcliffe LLP, New York, NY, for Defendant–Appellant.

Before: TASHIMA and BYBEE, Circuit Judges and WOOD,* Senior District Judge.

## ORDER

The parties' joint motion is GRANTED. Chandler's sentence is vacated in light of *Johnson v. United States,* —— U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015), and the case is remanded to the district court for resentencing. The mandate shall issue forthwith.

---

* The Honorable Kimba M. Wood, Senior District Judge for the U.S. District Court for the Southern District of New York, sitting by designation.